| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | Josh Franklin Sigal<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | 916) 554-2700 |

FILED

OCT 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE                )
APPLICATION OF THE UNITED           )   2:14-SW-0609 KJN
STATES OF AMERICA FOR A SEARCH      )
WARRANT CONCERNING:                 )
                                    )   SEALING ORDER
    USPS First Class Mail Parcel,   )
    9114999944238100845314, addressed to )   UNDER SEAL
    "Jordan Anderson, 3131 Memorial Ct Apt )
    20112, Houston, TX 77007-6278"  )
    (hereinafter referred to as "PARCEL )
    ONE").                          )
                                    )   SEALED
    USPS First Class Mail Parcel    )
    9114999944238100845314 addressed to )
    "Connor Hatcher, 628 NW 20th Street, )
    Moore, Oklahoma 73160-3404"     )
    (hereinafter referred to as "PARCEL )
    TWO").                          )
                                    )
    USPS First Class Mail Parcel    )
    9114999944238100845321 addressed to )
    "Cory Allen, 2820 Dominion Lane, )
    Kennesaw, GA 30144" (hereinafter )
    referred to as "PARCEL THREE"). )
                                    )
    USPS First Class Mail Parcel    )
    9114999944238100845369 addressed to )
    "Eli Dampier-McClernon, 705 Frasier )
    Street, Durham, NC 27704" (hereinafter )
    referred to as "PARCEL FOUR").  )
                                    )
    USPS First Class Mail Parcel    )
    9114999944238100845291 addressed to )
    "Chris Norman, 118 Norwest Drive, )
    Norwest Drive, Norwood, MA 02062" )
    (hereinafter referred to as "PARCEL )
    FIVE").                         )

|   |   |
|---|---|
| USPS First Class Mail Parcel 9114999944238100845345 addressed to "Tiffany Borregard, 4949 Gleaner Hall Road, Ann Arbor, MI 48105-9284" (hereinafter referred to as "PARCEL SIX"). | ) ) ) ) ) ) ) ) |
| USPS First Class Mail Parcel 9114999944238100845277 addressed to "Lowell Thomas, 29215 Harbour Vista Circle, Saint Augustine, FL 32080" (hereinafter referred to as "PARCEL SEVEN"). | ) ) ) ) ) ) ) |
| USPS First Class Mail Parcel 9114999944238100845338 addressed to "PAUL J GREGORY, 14306 KING TOM PL, RUSKIN FL 33573-6720" (hereinafter referred to as "PARCEL EIGHT"). | ) ) ) ) ) ) ) |
| USPS First Class Mail Parcel 9114999944238100845352 addressed to "AKSHAY BHASIN, 220 JOHN STREET, 10203 THE PROVINCE, ROCHESTER, NY 14623" (hereinafter referred to as "PARCEL NINE"). | ) ) ) ) ) ) |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: October 23, 2014

_____
Hon. Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE