BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>USPS FIRST CLASS MAIL PARCEL 9114999944238100845291 ADDRESSED TO "CHRIS NORMAN, 118 NORWEST DRIVE, NORWEST DRIVE, NORWOOD, MA 02062" (HEREINAFTER REFERRED TO AS "PARCEL FIVE"). | 2:14-SW-609-KJN<br><br>ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT<br><br><u>UNDER SEAL</u> |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: December 1, 2014

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE